**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

_____

|  |  |
|---|---|
| Cuauhtemoc Valencia, | : |
| | : |
| | : |
| | : Civil Action No.:  5:20-cv-00999-FB |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| AmeriCredit Financial Services, Inc., d/b/a | : |
| GM Financial, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

_____

## STIPULATION OF DISMISSAL

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent

person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

the above-captioned action is hereby dismissed in its entirety without prejudice.   The Parties

further stipulate that each will bear its own costs and attorney's fees.


| | |
|---|---|
| Cuauhtemoc Valencia | AmeriCredit Financial Services, Inc., d/b/a GM Financial |
| | |
| ___/s/ Sergei Lemberg_____ | _/s/ Lauren E. Hayes_____ |
| | |
| Sergei Lemberg, Esq. | Lauren E. Hayes, Esq. |
| CT Bar No. 425027 | State Bar No. 24081961 |
| LEMBERG LAW, L.L.C. | HUSCH BLACKWELL LLP |
| 43 Danbury Road, 3rd Floor | 111 Congress Avenue, Suite 1400 |
| Wilton, CT 06897 | Austin, Texas 78701 |
| Telephone: (203) 653-2250 | Telephone: (512) 472-5456 |
| Facsimile:  (203) 653-3424 | Facsimile: (512) 479-1101 |
| slemberg@lemberglaw.com | Lauren.Hayes@huschblackwell.com |
| Attorney for Plaintiff | Attorney for Defendant |

HB: 4818-3569-8388.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 10, 2020, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg_____
Sergei Lemberg